[No. 10766–6–I.   Division One.   June 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNON F. DILLARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01971–1, Robert E. Dixon, J., entered September 8, 1981. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 11653–3–I.   Division One.   June 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD GENE FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03396–9, Frank D. Howard, J., entered March 24, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Ringold and Corbett, JJ.